UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AHMAD MUAFFAQ ZAIDAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 17-581 (RMC) |
| DONALD J. TRUMP, President of the United States, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

For the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Defendants' Motion to Dismiss [Dkt. 8] is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that all Counts as to Mr. Zaidan are **DISMISSED**, Counts One, Two, and Three as to Mr. Kareem are **DISMISSED**, and Donald J. Trump is **DISMISSED** as a Defendant.  Counts Four, Five, and Six as to Mr. Kareem remain; and it is

**FURTHER ORDERED** that the Court will contact the parties to set a status conference.


Date: June 13, 2018                              /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge