## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AHMAD MUAFFAQ ZAIDAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:17-cv-0581 (RMC) |
| ) | |
| DONALD J. TRUMP, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF SUBMISSION OF CLASSIFIED
### *IN CAMERA*, *EX PARTE* DECLARATIONS

Defendants, through their undersigned counsel, hereby provide notice that they have

submitted solely for the Court's *ex parte*, *in camera* review the classified declarations of Patrick

M. Shanahan, Acting Secretary of Defense, and Daniel R. Coats, Director of National

Intelligence, in support of Defendants' Motion to Dismiss, which was filed on this date.  These

classified *in camera*, *ex parte* declarations were provided to a Classified Information Security

Officer of the United States Department of Justice Litigation Security Group for secure storage

and transmission to the Court.


Dated: January 30, 2019          Respectfully submitted,

                                 JOSEPH H. HUNT
                                 Assistant Attorney General

                                 ANTHONY J. COPPOLLINO
                                 Deputy Branch Director

                                  */s/ Kathryn C. Davis*
                                 KATHRYN C. DAVIS (D.C. Bar No. 985055)
                                 United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8298
Fax: (202) 616-8460
Email: Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*