# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AHMAD MUAFFAQ ZAIDAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP, <br> President of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 17-00581 (RMC) |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to the Court's Minute Order of January 7, 2019, the parties respectfully submit this joint proposed briefing schedule with respect to the Defendants' Motion to Dismiss filed on January 30, 2019:

1. The parties propose that Plaintiffs' opposition brief be due April 1, 2019.

2. The parties propose that Defendants' reply brief be due April 25, 2019.

The parties respectfully request that the Court enter an order setting the above schedule.

Dated: February 7, 2019          Respectfully submitted,

                                             */s/ Tara J. Plochocki*
                                        LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
                                        Jeffrey D. Robinson (D.C. Bar #376037)
                                        Tara J. Plochocki (D.C. Bar #989404)
                                        1101 New York Avenue, NW, Suite 1000
                                        Washington, DC 20005
                                        Tel: (202) 833-8900
                                        Fax: (202) 466-5738
                                        jeffrey.robinson@lbkmlaw.com
                                        tara.plochocki@lbkmlaw.com

                                        *Counsel for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLLINO
Deputy Branch Director

*/s/ Kathryn C. Davis*
KATHRYN C. DAVIS (D.C. Bar No. 985055)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8298
Fax: (202) 616-8460
Email: Kathryn.C.Davis@usdoj.gov

*Counsel for Defendants*