# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Bilal Abdul Kareem**

vs.    Civil Action No. 17-581 (RMC)

Defendant: Gina Cheri Haspel, Director of the Central Intelligence Agency, et al.

## CIVIL NOTICE OF APPEAL

Notice is hereby given this  21  day of  November  20 19 , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the  24  day of  September , 20 19 , in favor of Defendants against said Plaintiff

Attorney/Pro Se Party Signature: *[signature]*

Name: Tara J. Plochocki

Address: Lewis Baach Kaufmann Middlemiss pllc

1101 New York Ave. NW, Suite 1000

Washington, D.C. 20005

Telephone: ( 202 )  833-8900

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017