# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 19-5328**  **September Term, 2020**

**1:17-cv-00581-RMC**

**Filed On: April 28, 2021** [1896373]

Ahmad Muaffaq Zaidan,

    Appellee

Bilal Abdul Kareem,

    Appellant

  v.

Joseph R. Biden, Jr., President of the
United States, et al.,

    Appellees

## M A N D A T E

In accordance with the judgment of January 15, 2021, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

               BY:    /s/
                             Daniel J. Reidy
                             Deputy Clerk

Link to the judgment filed January 15, 2021